```
1   JONATHAN O. PENA, ESQ.
2   CA Bar ID No. 278044
3   Peña & Bromberg, PLC
    3467 W. Shaw Ave., Ste 100
4   Fresno, CA  93711
5   Telephone: 559-412-5390
    Fax: 866-282-6709
6   info@jonathanpena.com
7   Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lacarra Nysheaklynn Myles, | Case No. 1:25-cv-00437-SKO |
| Plaintiff, | STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER |
| vs. | |
| Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1], | (Doc. 11) |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 9, 2025 to September 9, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of July 7, 2025 and July 14, 2025, Plaintiff's Counsel has nine merit briefs and one reply brief due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                            Respectfully submitted,

Dated: June 27, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorneys for Plaintiff

Dated: June 27, 2025        MICHELE BECKWITH
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration

                          By:  **/s/ Justin Lane Martin*
                              Justin Lane Martin
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on June 27, 2025)

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including September 9, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **June 30, 2025**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE